*Wednesday, June 11, 1997*

## MOTION DOCKET

**94–1143. State v. Robinette.**
Montgomery App. No. 14074. The cause is pending in this court on remand from the Supreme Court of the United States.
IT IS ORDERED by the court, *sua sponte,* that the Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Montgomery County.

**96–1054 and 96–2235. Enyart v. Columbus Metro. Area Community Action Org.**
Franklin App. Nos. 95APE08–1033 and 96APE01–42.
On motion to expedite. *Sua sponte,* the stay is vacated.
DOUGLAS and PFEIFER, JJ., dissent.

**97–1076. State ex rel. Watson v. Spicer.**
In Mandamus and Procedendo. This cause originated in this court on the filing of a complaint for writs of mandamus and procedendo. Upon consideration of relators' motion to expedite,
IT IS ORDERED by the court that the motion to expedite be, and hereby is, denied.
DOUGLAS, J., dissents and would grant the motion and set a briefing schedule.

*Thursday, June 12, 1997*

## MOTION DOCKET

**97–496. State v. McMullen.**
On April 23, 1997, this court granted appellant's motion for leave to file a delayed appeal of the judgment entered by the Hamilton County Court of Appeals on January 8, 1997, in court of appeals No. C–960088. In the entry of April 23, 1997, this court ordered appellant to file a memorandum in support of jurisdiction within thirty days of the date of the entry. On May 29, 1997, it appeared from the records of this court that appellant had not filed a memorandum in support of jurisdiction, due, May 23, 1997, in accordance with the Rules of Practice of the Supreme Court, and therefore this court dismissed this cause for failure to prosecute with the requisite diligence.
It has now come to the attention of this court that, on May 23, 1997, appellant did tender for filing a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court of Ohio; however, the memorandum inadvertently was not accepted for filing. Whereas the memorandum in support of jurisdiction has now been filed,
IT IS ORDERED by the court, *sua sponte,* that this court's order of May 29, 1997, is hereby vacated and this cause is hereby reinstated on the docket.
IT IS FURTHER ORDERED by the court, *sua sponte,* that appellee may file a memorandum in response within thirty days of this entry.

**97–874. Cincinnati Bar Assn. v. Nienaber.**
Upon consideration of the joint motion to continue oral argument currently scheduled for July 7, 1997,
IT IS ORDERED by the court that the motion to continue oral argument be, and hereby is, denied.

**97–1052. Smith v. Smith.**
Summit App. No. 17964. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay,
IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

## MISCELLANEOUS DISMISSALS